United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, WILLIAM BURKE, MICHAEL DALY, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                                                / | No. C 10-02889 WHA<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES FOR ASSIGNMENT TO A MAGISTRATE JUDGE** |

The July 27 discovery dispute letter briefs from plaintiff and from defendants are acknowledged (Dkt. Nos. 33–34). The discovery disputes raised therein and all future discovery disputes in this action are hereby referred to the Clerk for random reassignment to a magistrate judge, who shall also resolve all future discovery disputes as well. The parties must be mindful of the case management deadlines and bring all discovery disputes to the magistrate judge's attention in a timely manner. The magistrate judge is requested to assist the Court in adhering to the case management schedule by issuing timely rulings on the parties' discovery disputes.

**IT IS SO ORDERED.**

Dated: July 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE