**United States District Court**
For the Northern District of California

1

2

3

4                     UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7   MARCO RAMIREZ,                            No. C10-02889 WHA (JCS)

8           Plaintiff(s),                     **NOTICE OF REFERENCE, TIME
                                              AND PLACE OF HEARING; ORDER TO**
9       v.                                    **FILE RESPONSIVE LETTERS AS TO
                                              DOCKET NOS. 33 and 34**
10  COUNTY OF MARIN, ET. AL.,

11          Defendant(s).
    _____/
12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14          The above matter has been referred to Magistrate Judge Joseph C. Spero for all discovery

15  matters.

16          The hearing on Defendants Discovery Letter To Compel the Continued Deposition of Marco

17  Ramirez, docket no. 33, and Plaintiff's Depositions of Nicki Kuhn and Dennis Finnegan, docket no.

18  34, has been set for hearing on **August 5, 2011, at 9:30 a.m.**, in Courtroom G, 15th Floor, Federal

19  Building, 450 Golden Gate Avenue, San Francisco, California.

20          IT IS HEREBY ORDERED that responsive letters on the two discovery letters, not to exceed

21  two (2) pages, shall be filed by **Wednesday, August 3, 2011.**

22                     **LAW AND MOTION HEARING PROCEDURES**

23          Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom G, 15th Floor,

24  United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

25          In the event a **future discovery dispute** arises, IT IS HEREBY ORDERED that before filing

26  any discovery motion before this Court, the parties must comply with the following:

27          1.      Lead trial counsel for both parties must meet and confer *in person* regarding the

28                  matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute,

**United States District Court**
For the Northern District of California

1    such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful.

2    Once those efforts have proved unsuccessful, any party may demand a meeting of

3    lead trial counsel to resolve a discovery matter.  Such a meeting shall occur within

4    forty-eight (48) hours of the demand.  The locations of the meetings shall alternate.

5    The first meeting shall be at a location selected by counsel for Plaintiff(s).  If there

6    are any future disputes, the next such meeting shall be held at a location to be

7    determined by counsel for Defendant(s), etc.

8    2.    Within forty-eight (48) hours of the in-person meeting between lead trial counsel

9    referred to above, the parties shall jointly file a detailed letter with the Court, not to

10   exceed five (5) pages without leave of Court, which will include the matters that

11   remain in dispute, a detailed substantive description of each side's position on each

12   such issue, and a description of each side's proposed compromise on each such issue.

13   3.    After the Court has received the joint letter, the Court will determine what future

14   proceedings, if any, are necessary.

15   In the event that the parties continue to be unable to resolve the matters regarding the timing

16   and scope of discovery, the Court will consider what future actions are necessary.  These actions

17   may include the following: (1) sanctions against a party failing to cooperate in the discovery process

18   and meet and confer in good faith, as required by this Order, the Federal Rules of Civil Procedure,

19   and the Local Rules of this Court; and/or (2) requiring the executive officers of each party to attend

20   the in-person, meet-and-confer sessions described above.  The Court is not entering either of these

21   matters as an Order of the Court at this time, and fully expects counsel to meet their obligations

22   under this Order and under the Local Rules.

23   A party or counsel has a continuing duty to supplement the initial disclosure when required

24   under Fed. R. Civ. P. 26(e)(1).

25   Law and motion matters may be submitted without argument upon stipulation of the parties

26   and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L.

27   R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the

28   date for service of the opposition.  Thereafter, leave of the Court must be sought.

**United States District Court**
For the Northern District of California

1    All filings of documents relating to motions referred to the undersigned shall list the civil

2  case number and the district court judge's initials followed by the designation "(JCS)".

3                     **ELECTRONIC FILING AND COURTESY COPIES**

4    Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

5  California for information relating to electronic filing procedures and requirements.  All documents

6  shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with

7  those rules will not be considered by the Court.

8    BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

9  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

10  CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED

11  **"JCS'S CHAMBERS' COPY."**

12    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

13  Fed. R. Civ. P. 16(f).

14    IT IS SO ORDERED.

15

16  Dated:  August 1, 2011

17

18                                              _____
                                                 JOSEPH C. SPERO
19                                               United States Magistrate Judge

20

21

22

23

24

25

26

27

28