IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

  v.

COUNTY OF MARIN, WILLIAM BURKE, MICHAEL DALY, and DOES 1 through 50, inclusive,

    Defendants.

No. C 10-02889 WHA

**NOTICE REGARDING PLAINTIFF'S MOTION TO EXTEND DEADLINES**

The deadline for completing fact discovery and expert reports was July 29, 2011 (Dkt. No. 14). On July 28 — the day before the deadline — plaintiff filed a motion for a three-week extension. No opposition was filed, but plaintiff represents that defense counsel "refused to stipulate to this request" (Dkt. No. 36 at 2). The motion will be held in abeyance until all pending discovery disputes are resolved. An assessment will then be made as to how much additional time (if any) should be allowed in light of any outstanding discovery.

Dated: August 2, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE