IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MARIN; WILLIAM BURKE; MICHAEL DALY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-02889 WHA<br><br>**ORDER VACATING TRIAL AND PRETRIAL CONFERENCE DATES** |

The final pretrial conference previously set for October 17, 2011, is **VACATED**. The trial previously set to begin on October 24, 2011, is also **VACATED**. Those dates will be re-set, if necessary, afer a ruling on the motions for summary judgment.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE