IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

        Plaintiff,

  v.

COUNTY OF MARIN; WILLIAM BURKE; MICHAEL DALY; and DOES 1 through 50, inclusive,

        Defendants.

No. C 10-02889 WHA

**ORDER SETTING STATUS CONFERENCE**

In this action which involved alleged employment discrimination and retaliation, our court of appeals affirmed in part and reversed in part an October 2011 summary judgment order. This action was then remanded for further consideration of plaintiff's California Labor Code retaliation claim in light of amendments made in January 2014; and summary judgment on plaintiff's termination-based FLSA retaliation claim was reversed. A status conference is hereby set for **JULY 31, 2014 AT 11:00 A.M.** A joint status report is due by **NOON ON JULY 24, 2014**. Please address how this action should proceed and propose a case schedule.

**IT IS SO ORDERED.**

Dated: July 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE