**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

  v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**

The parties filed a stipulation to continue the final pretrial conference and trial date. The final pretrial conference on November 12 is hereby continued to **MONDAY, NOVEMBER 24, 2014 AT 8:00 A.M.** The December 1 trial date remains at scheduled.

**IT IS SO ORDERED.**

Dated: November 10, 2014.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE