**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MARCO RAMIREZ,

10              Plaintiff,                         No. C 10-02889 WHA

11     v.

12   COUNTY OF MARIN,                    **ORDER CONTINUING TRIAL DATE**

13              Defendant.

14   _____/

15        In light of counsel's letter, the December 1 trial date is hereby continued to

16   **FEBRUARY 2, 2015, AT 7:30 A.M.**  The final pretrial conference remains on **NOVEMBER 24 AT**

17   **8:00 A.M.**

18

19        **IT IS SO ORDERED.**

20

21   Dated:   November 12, 2014.

22                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28