IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

       Plaintiff,

  v.

COUNTY OF MARIN,

       Defendant.

No. C 10-02889 WHA

**FINAL PRETRIAL ORDER**

**FOR GOOD CAUSE** and after a final pretrial conference, the following constitutes the final pretrial order:

1.    This case shall go to a **JURY TRIAL** on **FEBRUARY 2, 2015**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. This final pretrial order supersedes all the complaint, answer and any counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified for trial remain in the case.

2.    The tentative rulings on motions *in limine* in the November 12 order are hereby **ADOPTED IN FULL** (Dkt. No. 153).

3.    Except for good cause, each party is limited to the witnesses and exhibits disclosed in the joint proposed final pretrial order less any excluded or limited by an order *in limine*. Materials or witnesses used solely for impeachment need not be disclosed and may be used, subject to the rules of evidence.

4. The stipulations of facts set forth in the joint proposed final pretrial order are approved and binding on all parties. Counsel are responsible for reading the stipulations to the jury.

5. A jury of **EIGHT PERSONS** shall be used.

6. Each side shall have **EIGHT HOURS** to examine witnesses (counting direct examination, cross-examination, re-direct examination, re-cross examination, etc.). Opening statements and closing arguments shall not count against the limit. If, despite being efficient, non-duplicative, and non-argumentative in the use of the allotted time, one side runs out of time and it would be a miscarriage of justice to hold that side to the limit, then more time will be allotted. Following a jury verdict, if appropriate, each side shall have up to **THIRTY MINUTES** to put on evidence regarding reinstatement and/or front pay.

7. Each side shall have **TWENTY MINUTES** for opening statements.

8. The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

9. By **JANUARY 23, 2015 AT NOON**, the parties shall file a joint agreed-upon statement (not to exceed one page) summarizing the case for voir dire.

10. By **JANUARY 23, 2015 AT NOON**, the parties shall lodge a chamber's copy of a joint binder with the top six documents from each side.

**IT IS SO ORDERED.**

Dated: November 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE