IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,                                 No. C 10-02889 WHA

  v.

COUNTY OF MARIN,                     **NOTICE RE JURY SELECTION**

    Defendant.

        This case is scheduled to go to a jury trial on **MONDAY, FEBRUARY 2, 2015** at **7:30 A.M.** The schedule is hereby modified as follows: jury selection shall begin on **FRIDAY, JANUARY 30 AT 8:00 A.M.** Opening statements shall begin on **FEBRUARY 2 AT 7:30 A.M.** Please notify all witnesses as appropriate.

        **IT IS SO ORDERED.**

Dated: December 24, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE