United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RAMIREZ, | No. C 10-02889 WHA |
| Plaintiff, | **ORDER TO JURY COMMISSIONER** |
| v. | |
| COUNTY OF MARIN, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily breakfast for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: January 28, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE