IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**REQUEST FOR RESPONSES**

By **JANUARY 30 AT NOON**, the parties shall please file responses (each not to exceed ten pages, no footnotes and no attachments) to docket numbers 157 and 158 and this order. In pertinent part, Marin County shall please state with specificity which decision-makers (or recommenders) listed as trial witnesses by the defense actually read which specific parts, if any, of the Finnegan report prior to the decision to terminate plaintiff. Please be specific. If any after-acquired evidence will be used at trial, please describe how those items will be moved into evidence. Defense counsel shall also please explain how Trial Exhibits 136, 138 to 140, 143, 144, 146 to 148, 150 to 153 could possibly be admissible and through which witnesses (Dkt. No. 157 at 1, 7–8).

Dated: January 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE