1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARCO RAMIREZ,

11             Plaintiff,                         No. C 10-02889 WHA

12   v.

13   COUNTY OF MARIN,                    **POST-TRIAL SCHEDULING ORDER**

14             Defendant.
     _____/

15

16        1.      Defendant's partial Rule 50 motion is due by **FEBRUARY 17, 2015**.

17   Plaintiff's motion for reinstatement and/or front pay is due by **FEBRUARY 17**.

18        2.      Opposition briefs are due by **FEBRUARY 24**.  Replies are due by **MARCH 3 AT**

19   **NOON**.  Replies shall not exceed five pages.

20        3.      A hearing is hereby set for **MARCH 4 AT 8:00 A.M.**

21        4.      Any motion for attorney's fees and costs must be filed by **MARCH 17 AT NOON**.

22

23        **IT IS SO ORDERED.**

24

25   Dated:   February 10, 2015.

26                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
27

28

United States District Court

For the Northern District of California