IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWERS MUST BE UNANIMOUS.**

### Federal Fair Labor Standards Act Section 215

1. Has plaintiff proven by a preponderance of the evidence that his participation in the federal overtime lawsuit was a substantial motivating reason for his termination?

   Yes __✓__    No _____
   (For plaintiff)    (For defendant)

   If you have answered "Yes," please proceed to Question 2. If you have answered "No," please skip to Question 3.

2. If so, has defendant proven by a preponderance of the evidence that it would have terminated plaintiff anyway (without regard to the federal overtime lawsuit)?

   Yes _____    No __✓__
   (For defendant)    (For plaintiff)

   If you have found for plaintiff on *both* questions above, then you have found liability in favor of plaintiff and against the County under the federal Fair Labor Standards Act. Otherwise, you have found no liability against the County on the federal claim. Regardless, please proceed to Question 3.

### California Labor Code Section 6310

3. Has plaintiff proven by a preponderance of the evidence that he made a *bona fide* complaint about employee safety to his employer or to a governmental agency having statutory responsibility for employee safety or health *and* that such complaint was a substantial motivating reason for his suspension and/or termination?

   Yes __✓__    No _____
   (For plaintiff)    (For defendant)

   If you have answered "Yes," please proceed to Question 4. If you have answered "No," please skip to Question 5.

4. If so, has defendant proven by a preponderance of the evidence that it would have made the same decision anyway (without regard to any complaint about employee safety)?

Yes _____          No ___✓___

(For defendant)      (For plaintiff)

If you have found for plaintiff on Questions 3 and 4, then you have found liability in favor of plaintiff and against the County on the California claim. Otherwise, you have found no liability against the County on the California claim. If you have found against plaintiff on *both* claims, then you are done; please go to the last page and sign and date this form. Otherwise, please proceed to Question 5.

### Damages

5. If you have found any liability against the County on either claim, then what *economic damages* (lost wages and benefits) has plaintiff proven by a preponderance of the evidence?

$ __236,400.__

6. If you have found liability under the federal Fair Labor Standards Act (Questions 1 and 2 above), then what *noneconomic damages* (mental anguish, reputational harm, emotional distress) has plaintiff proven by a preponderance of the evidence?

$ __200,000.__

7. State the *total damages* you have found, if any (Total of Nos. 5 and 6).

$ __436,400.__

### Special Interrogatory

If you have found for plaintiff on Questions 3 and 4, meaning that you have found liability in favor of the plaintiff on the California claim (irrespective of whether or not you have found damages), please answer the following special interrogatory:

3

8. Has plaintiff proven by a preponderance of the evidence that a "written claim" for retaliation was delivered to or actually received by the clerk, secretary, auditor, or board of the County of Marin on or before August 28, 2009, as required by the Government Code, or that he substantially complied with this administrative requirement?

Yes ✓        No _____
(For plaintiff)    (For defendant)

**PLEASE SIGN AND DATE THIS FORM. THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.**

Dated: February 10, 2015.                _____
                                          JURY FOREPERSON

4