UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JUDGE WILLIAM ALSUP

Case No. <u>C10-02889 WHA</u>

Case Name: <u>MARCO RAMIREZ</u> v. <u>MARIN COUNTY OF</u>

NOTE FROM THE JURY

Note No. _____

Date  2 Feb 2015

Time _____

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

Was/Is the plaintiff's position FLSA exempt (or not)?

_(signature)_
Foreperson of the Jury
or Member of the Jury

(61)   Annette Gellert

in 2008
What was in email

Ramirez sent dept wide ?

JAN - 2 2015

Annette Gellert

- Why is trial taking place 6 years after termination?

JAN - 3 2015

What is the date of the first grand jury hearing? The one about officer safety? Arming officers?

What is the schedule for the rest of the week?

— Hava Miner

JAN  -4 2015

Annette Gellert

- Did Ramirez know about Hearing when he got to work on 6/11?

JAN 4 2015

Annette Gellert

- which car did Ramirez take to hearing on 6/11?

- what city did Ramirez live in in 2008?

Re: Finnigan investigation Interview

- Did Ramirez know Finnegan was good friend of Daly?

JAN 4 2015

What is the procedure & legality regarding changes in employee manuals, handbooks & ~~any letter~~ such as dress code, work hours, equipment usage?

Hava Miner

JAN -4 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Case No. <u>C10-02889 WHA</u>

Case Name: <u>**MARCO RAMIREZ**</u> v. <u>**MARIN COUNTY OF**</u>

NOTE FROM THE JURY

Note No. _____

Date_____ JAN - 4 2015

Time_____

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

Can we establish whether the engagement of Mr. Finnegan's services was overseen and managed by a County Procurement office, or by the Probation Dept. directly? Was it the result of a competitive bidding process, or a sole-source selection?

*PO Kane*
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Case No. **C10-02889 WHA**

Case Name: **MARCO RAMIREZ** v. **MARIN COUNTY OF**

NOTE FROM THE JURY

Note No. 1
Date 2/9
Time 1:28

1. The Jury has reached a unanimous verdict (  )

or

2. The Jury or Juror has the following question:

Are we allowed to know the reason(s) for which the Court of Appeals sent the case back to SF Federal Court?

Lynn Churchill

Foreperson of the Jury
or Member of the Jury

Hours Today

Today - 5pm
  - Unless we are so close
we will stay til 6.

Tomorrow - 7:45 - start time
         until 3 as required.

FEB - 9 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Case No. **C10-02889 WHA**

Case Name: **MARCO RAMIREZ** v. **MARIN COUNTY OF**

NOTE FROM THE JURY

Note No. _____

Date ____FEB - 9 2015____

Time_____

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

What does "participation"
in federal overtime lawsuit —
Question # 1 of Special Verdict Form

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Case No. <u>C10-02889 WHA</u>

Case Name: <u>MARCO RAMIREZ</u> v. <u>MARIN COUNTY OF</u>

NOTE FROM THE JURY

Note No. _____

Date _____ FEB 1 0 2015 _____

Time _____

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

Please provide a legal definition of Bona fide (italics)

Thomas Moore

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Case No. **C10-02889 WHA**

Case Name: **MARCO RAMIREZ** v. **MARIN COUNTY OF**

NOTE FROM THE JURY

Note No. _____

Date __2/10/2015__

Time __12:44__

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury or Juror has the following question:

_Susan Yah_
Foreperson of the Jury
or Member of the Jury