IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION**

    Further proceedings are scheduled to occur herein even though the jury has rendered a verdict. The parties are hereby referred to **MAGISTRATE JUDGE DONNA RYU FOR MEDIATION**.

    **IT IS SO ORDERED.**

Dated: February 10, 2015.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE