IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

  v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**ORDER RE DIRECT TESTIMONY**

Plaintiff Marco Ramirez has stated that he intends to testify regarding his pending motion for reinstatement, front pay, and liquidated damages. Mr. Ramirez shall please put forth all of his direct testimony in a signed, sworn declaration, filed by **FEBRUARY 25 AT NOON**. The County may then cross-examine him on March 4. Plaintiff's counsel may then conduct a re-direct examination, limited to the scope of the cross-examination.

If the County intends to put forth any direct testimony, it too must file that testimony in a signed, sworn declaration by **FEBRUARY 25 AT NOON**. Plaintiff's counsel may then conduct a cross-examination and the County may conduct a limited re-direct examination.

**IT IS SO ORDERED.**

Dated: February 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE