IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

    Plaintiff,

v.

COUNTY OF MARIN,

    Defendant.

No. C 10-02889 WHA

**ORDER ADVANCING HEARING TIME TO 7:30 A.M.**

The hearing on March 4 at 8:00 a.m. is hereby **ADVANCED TO 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: February 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE