1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO RAMIREZ,

      Plaintiff,

  v.

COUNTY OF MARIN,

      Defendant.

                     /

No. C 10-02889 WHA

**ORDER RE STIPULATION
OF DISMISSAL**

The parties have filed a stipulation to dismiss with prejudice this action.  Each side is responsible for their "own costs and attorney's fees" (Dkt. No. 207).  The parties ask the undersigned judge to retain jurisdiction for the sole purpose of "enforcing the payment terms, which are due no later than March 17, 2015."  The parties' stipulation is hereby **APPROVED**. The parties shall file a joint statement of compliance by **MARCH 19 AT NOON**.

Since the undersigned judge is not privy to the terms of the parties' settlement, it must be made clear for the record that no order of this Court has vacated the jury verdict and no final judgment will be entered in light of the parties' Rule 41 stipulation.  The February 26 and March 3 briefing deadlines and the March 4 hearing date are hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated:   February 25, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE